FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMEER R. MOHAMMED (13),<br><br>Defendant. | No. 4:21-CR-6042-MKD-13<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE<br><br>**ECF Nos. 690, 691** |

Before the Court is Defendant Ameer R. Mohammed's Unopposed Motion to Modify Conditions of Pretrial Release, ECF No. 690, and related Motion to Expedite, ECF No. 691. On December 16, 2022, the Court held a hearing on the motion. Ricardo Hernandez appeared on behalf of Defendant. George J.C. Jacobs, III, appeared on behalf of the United States. Hasanain Alsabea provided translation services. Defendant moves the Court for release from detention subject to a number of conditions. The United States does not object.

The Court has considered the additional information and has evaluated the four factors outlined in 18 U.S.C. § 3142(g) to decide whether there are conditions

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 1

1  of release that would reasonably assure Defendant's appearance in court and the

2  safety of the community: (1) the nature and circumstances of the offense; (2) the

3  weight of evidence against Defendant; (3) the history and characteristics of

4  Defendant; and (4) the nature and seriousness of the danger Defendant would

5  present to the community if released.  The Court finds that these factors, as set

6  forth orally by the Court, weigh in favor of Defendant's pretrial release.

7  　　　　Defendant has secured a release address that is acceptable to both the United

8  States and the United States Probation and Pretrial Services Office. The United

9  States does not oppose Defendant's request for release and agrees with the

10 recommendation of the Probation Office that the conditions of release set forth in

11 the Supplemental Pretrial Services Report, **ECF No. 702**, will reasonably assure

12 the safety of the community and Defendant's appearance at future court

13 proceedings.  The Court agrees with the recommendation of the Probation Office

14 that the standard and special conditions of release listed below will reasonably

15 assure Defendant's appearance and the safety of the community.

16 　　　　Accordingly, **IT IS HEREBY ORDERED:**

17 　　　　1.　　Defendant Ameer R. Mohammed's Unopposed Motion to Modify

18 Conditions of Release, **ECF No. 690**, is **GRANTED**, and related Motion to

19 Expedite, **ECF No. 691**, is **GRANTED**.

20

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF
RELEASE - 2

2.	If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances under 18 U.S.C. § 3142(f), that party shall file a motion with the Court, served upon the United States Attorney, stating what circumstances are new, how they are established, and the requested change in conditions of release.

3.	Defendant shall abide by the following conditions at all times:

## STANDARD CONDITIONS OF RELEASE

1.	Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

2.	Defendant shall immediately advise the Court and the United States Attorney in writing before any change in address.

3.	Defendant shall appear at all proceedings and surrender as directed for service of any sentence imposed.

4.	Defendant shall sign and complete form A.O. 199C before being released and shall reside at the address furnished.

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 3

5.  Defendant shall not possess a firearm, destructive device or any dangerous weapons.

6.  Defendant shall report to the U.S. Probation/Pretrial Services office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

7.  Defendant shall contact defense counsel at least once a week.

8.  Defendant is further advised it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

9.  Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

10. Defendant shall surrender any passport to Pretrial Services and shall not apply for a new passport.

**SPECIAL CONDITIONS OF RELEASE**

1. Defendant shall remain in the Eastern District of Washington for court proceedings unless given permission by the United States Probation/Pretrial Services Office.

2. Defendant shall notify the United States Probation/Pretrial Services Office within 24 hours of any change in address, telephone number, or employment.

3. Defendant shall avoid all contact, direct or indirect, with any codefendants or persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution.

4. Defendant shall maintain employment, or, if unemployed, actively seek employment and/or, maintain or commence an educational program.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and the United States Probation Office.

DATED December 19, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 5